IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MCCAULEY,<br><br>                    Plaintiff,<br><br>      v.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC., *et al.*,<br><br>                    Defendants. | Civil Action No. 2:20-cv-1493-CCW |

**DEFENDANTS' MOTION TO EXCLUDE
PROPOSED EXPERT TESTIMONY OF TY MINNICH**

Pursuant to this Court's Scheduling Order (Dkt. 96), Defendants PNC Financial Services Group, Inc. and the PNC Financial Services Group, Inc. Incentive Savings Plan Administrative Committee (collectively "PNC Defendants"), by and through the undersigned counsel, file this Motion to Exclude the Proposed Expert Testimony of Ty Minnich.

Mr. Minnich's proposed expert testimony is inadmissible under Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), and related precedent, as set forth more fully in the accompanying Memorandum of Law.

In accordance with Section II.L. of the Court's Practices and Procedures, the PNC Defendants hereby certify that they met and conferred with opposing counsel in a good faith effort to resolve the dispute over this *Daubert* motion.

The PNC Defendants therefore respectfully request that the Court exclude Mr. Minnich's proposed opinions under Rule 702.

Respectfully submitted this 6th day of October, 2023.

                                                     *s/ Matthew J. Sharbaugh*
                                                     Matthew J. Sharbaugh (*pro hac vice*)

MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  202.739.5623
Fax:  202.739.3001
matthew.sharbaugh@morganlewis.com

Stephanie R. Reiss
Morgan, Lewis & Bockius
301 Grant Street, 32nd Floor
Pittsburgh, PA 15219
Telephone: (412) 560-3378
Facsimile: (877) 432-9652
Email: stephanie.reiss@morganlewis.com

Christopher J. Boran (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601
Telephone: 312.324.1146
christopher.boran@morganlewis.com

Brian T. Ortelere (*pro hac vice*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5150
Facsimile: (215) 963-5001
Email: brian.ortelere@morganlewis.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2023, a true and correct copy of the foregoing document was served on the following via ECF:

Gary F. Lynch
Kelly K. Iverson
Lynch Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Gary@lcllp.com
kelly@lcllp.com

Alec Berin
James C. Shah
Miller Shah LLP
1845 Walnut Street
Suite 806
Philadelphia, PA 19103
ajberin@millershah.com
jcshah@millershah.com

James Edward Miller
Laurie Rubinow
Miller Shah LLP
65 Main Street
Chester, CT 06412
jemiller@millershah.com
lrubinow@millershah.com

Anna K. D'Agostino
Miller Shah LLP
225 Broadway
Suite 1830
New York, NY 10007
akdagostino@millershah.com

Kolin Tang
Miller Shah LLP
19712 MacArthur Boulevard
Suite 222
Irvine, CA 92612
kctang@millershah.com

John Crutchlow
Youman & Caputo, LLC
Two Logan Square
100-120 N. 18th Street
Suite 1925
Philadelphia, PA 19103
jcrutchlow@youmancaputo.com

                                                                       /s/ Matthew J. Sharbaugh
                                                                       Matthew J. Sharbaugh