IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MCCAULEY, | ) | |
| | ) | |
| Plaintiffs, | ) | 2:20-CV-01493-CCW |
| | ) | |
| v. | ) | |
| | ) | |
| THE PNC FINANCIAL SERVICES GROUP, INC., THE PNC FINANCIAL SERVICES GROUP, INC INCENTIVE SAVINGS PLAN ADMINISTRATIVE COMMITTEE, DOES NO. 1 -10, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

FINAL JUDGMENT is hereby entered in favor of PNC Financial Services Group, Inc. and PNC Financial Services Group, Inc. Incentive Savings Plan Administrative Committee pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED this 21st day of June, 2024.

                                                        BY THE COURT:

                                                        /s/ Christy Criswell Wiegand
                                                        CHRISTY CRISWELL WIEGAND
                                                        United States District Judge

cc (via ECF email notification):

All Counsel of Record